JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| Karl Kozak, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>Radial Entertainment, a California Joint Venture, Shout! Factory, LLC, a Delaware Corporation. Filmrise, Inc., a Delaware, Corporation,,<br><br>Defendants. | Case No. 2:26-cv-03451-MWF(SPx)<br><br>**ORDER GRANTING STIPULATION TO DISMISS THE ENTIRE ACTION**<br><br>Trial Date: Not Set |

The Court has considered the parties' Joint Stipulation of Dismissal with Prejudice (the "Stipulation"). (Docket No. 22). For good cause shown:

**IT IS HEREBY ORDERED** that the Stipulation is hereby **GRANTED**. The above-entitled action and all claims and defenses asserted therein are **DISMISSED WITH PREJUDICE**.

Each Party shall bear its own attorneys' fees, costs, and expenses incurred in connection with this action.

**IT IS FURTHER ORDERED** that the Court shall retain jurisdiction to enforce the terms of the Parties' settlement agreement. *See Kokkonen v. Guardian Life Ins. Co. of Am.*, 511 U.S. 375, 381–82 (1994) (district courts may enter an order of dismissal retaining jurisdiction to enforce a settlement where the parties so agree).

**IT IS SO ORDERED.**

Dated: August 31, 2026

MICHAEL W. FITZGERALD
United States District Judge